United States District Court
Southern District of Texas
**ENTERED**
November 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| XIAOYAN JING,<br><br>            Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A"<br><br>            Defendants. | Civil Action No. 4:25-cv-04625 |

### ORDER GRANTING PLAINTIFF XIAOYAN JING'S MOTION FOR LIMITED EXPEDITED DISCOVERY AND ALTERNATIVE SERVICE ON DEFENDANTS IDENTIFIED ON SCHEDULE "A"

Plaintiff Xiaoyan Jing filed a Motion for limited expedited discovery and Alternative Service of Process on Defendants identified in Schedule "A". (Docket Entry No. 6). The motion is granted.

It is **ORDERED** under Fed. R. Civ. P. 26(d) and 4(f)(3):

1. Amazon.com, Inc., and Amazon.com Services LLC, will, within seven (7) business days after receipt of this Order, produce to Plaintiff's counsel documents and records in their possession sufficient to show the following for each Defendant identified in Schedule A (Amazon Defendants: Bear Go Home, WisaKey US, NovoNost-us, Lanyuantai, Casimy Power Adapter, shacoule; Amazon Seller IDs A3R7OQ5KQTNL0R, AY54VIRZUSPSJ, A1SI9KP90Q0FID, A2H9DI5KFASP2Q, A29JR2JZJS3RLZ, and A35CAXXYEIKG5X):

1

a. the verified email address associated with each seller account;

b. the account holder's name and registered business information; and

c. financial and sales information limited to the accused listings, including total units sold, gross revenues, pay-out and disbursement records, and current account balance.

2. Plaintiff is authorized to serve the summons and complaint on each Defendant identified in Schedule A via the verified email address associated with that Defendant's Amazon storefront, as provided by Amazon.com, Inc., and Amazon.com Services LLC. Service will be deemed effective upon documented transmission, including a sent email confirmation, delivery receipt, or comparable electronic record.

SIGNED on  November 14 , 2025, at Houston, Texas.

_____
Honorable Lee H. Rosenthal
Senior United States District Judge
Southern District of Texas